Carl B. COLLINS and Farzin Davanloo, Plaintiffs–Appellees,

v.

WESTERN DIGITAL TECHNOLOGIES, INC., Hitachi America Ltd., Hitachi, Ltd., and Hitachi Global Storage Technologies, Inc., Defendants,

and

Buffalo Technology (USA), Inc., Buffalo, Inc., Compusa.Com, Inc., La Cie, Ltd., La Cie, S.A., Systemax, Inc., and Tigerdirect, Inc., Defendants, and Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba Corporation, Defendants,

and

EMC Corporation and J & R Electronics, Inc., Defendants,

and

Imation Corp., Defendant,

v.

Suhas Wagal, Movant–Appellant.

No. 2012–1009.

United States Court of Appeals, Federal Circuit.

May 15, 2012.

Robert P. Latham, Jackson Walker LLP, of Dallas, TX, argued for plaintiffs-appellees. With him on the brief were John M. Jackson and Sara K. Borrelli.

George W. Dana, Law Office of George W. Dana, of Houston, TX, argued for movant-appellant.

LOURIE, DYK, and WALLACH, Circuit Judges.

PER CURIAM.

## JUDGMENT

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.